IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-292 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER |
| v. ) | |
| ) | DATE: October 29, 2007 |
| ) | TIME: 11:00 a.m. |
| AMEN AHMED ALI, et al., ) | PLACE: Courtroom 2 |
| ) | Honorable Anthony W. Ishii |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions hearing presently scheduled before the Honorable Anthony W. Ishii for September 24, 2007 at 11:00 a.m. be continued to October 29, 2007, at 11:00 a.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

The parties agree that the resulting delay occurring between September 24, 2007 and the date for the hearing of the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| Dated: September 20, 2007 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | By: /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant U.S. Attorney |
| Dated: September 20, 2007 | | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Defendant<br>AMEN AHMED ALI |
| Dated: September 20, 2007 | | /s/ Richard P. Berman<br>RICHARD P. BERMAN<br>Attorney for Defendant<br>IBRAHIM OMER |

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

    IT IS HEREBY ORDERED that the status conference presently set for September 24, 2007 at 11:00 a.m. is continued to October 29, 2007 at 11:00 a.m. to be heard before the Honorable Anthony W. Ishii, in Courtroom 2.

    IT IS FURTHER ORDERED that the resulting delay occurring between September 24, 2007 and the date for the hearing of the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

IT IS SO ORDERED.

**Dated:　September 20, 2007**　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE