**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
AMEN ALI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF,<br><br>AMEN ALI ,<br>　　　　　　　　　　DEFENDANT. | Case No.: 06-CR-00292 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII, AND STANLEY A. BOONE, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, AMEN ALI by and through his attorney of record, DAVID A. TORRES hereby requests that the status conference currently set for January 12, 2009 be continued to January 26, 2009 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual request between Assistant United States Attorney, Stanley Boone and is joined by counsel and co-counsel for the defendant. The documents required for the property bond have not been signed by all parties. Thus, we are not prepared to proceed with the status conference hearing.

//

1 | Based upon the foregoing, I respectfully request that this matter be continued to
2 | January 26, 2009.
3 | The parties also agree that the delay resulting from the continuance shall be excluded in
4 | the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: January 7, 2009                    /s/ David A. Torres
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          AMEN ALI

Dated: January 7, 2009                    /s/Anthony P.Capozzi
                                          ANTHONY P. CAPOZZI
                                          Attorney for Defendant
                                          AMEN ALI

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: January 7, 2009                    By /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

                                                    IT IS SO ORDERED.

**Dated:   January 7, 2009**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE