LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0292 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION RE: ADDITIONAL |
| | ) EQUITY FOR BOND |
| AMEN AHMED ALI, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, AMEN AHMED ALI, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Stanley A. Boone, that the defendant shall provided additional real property so that the total equity of the defendant's release bond is at least $1,581,000, due to the decrease in property valuations since the court first ordered the defendant released on November 17, 2008. The defendant's release bond presently stands at $1,506,000;

IT IS HEREBY STIPULATED THAT the government will have no objection to the defendant's release upon the submission to the clerk of the court of the government's memorandum authorizing the

defendant's release once the paperwork for the present six properties, with equity totaling $1,506,000, is complete.

IT IS FURTHER STIPULATED that the defendant shall have four weeks from his release to acquire the additional equity or appraisals on the six encumbered properties totaling $1,581,000.

IT IS FURTHER STIPULATED that if these conditions are not met within the time period described above, absent further order of the court, that the defendant shall return to custody.

Respectfully submitted,

Dated: March 25, 2009 /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,
AMEN AHMED ALI

Dated: March 25, 2009 /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: March 26, 2009** /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE