ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
AMEN AHMED ALI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0292 AWI |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME TO POST ADDITIONAL PROPERTY |
| vs. | |
| AMEN AHMED ALI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the Defendant, AMEN AHMED ALI, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Stanley A. Boone, that a two-week extension of time shall be granted for the Defendant to post the addtional property as required by this Court on the Order signed March 26, 2009.

///

///

1  The information on two additional pieces of property have been submitted to Assistant United States Attorney Stanley A. Boone for approval. These properties total $77,000.00 in equity. The court Ordered that an additional $75,000.00 was needed.

Respectfully submitted,

Dated: April 24, 2009

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,
AMEN AHMED ALI

Dated: April 24, 2009

    /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   April 24, 2009**　　　　　　　　　　**/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE