**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
AMEN AHMED ALI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>**AMEN AHMED ALI** ,<br>IBRAHIM A. OMER<br>                        DEFENDANT. | Case No.: 06-CR-00292 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND DAWRENCE W. RICE, JR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, AMEN AHMED ALI by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for December 18, 2009 be continued to January 25, 2010 at 1:30 p.m., or a date convenient to court and counsel.

This is a mutual request between Assistant United States Attorney, Dawrence W. Rice, Jr. and is joined by counsel for both defendants. Defendants agree to waive time.

//

Based upon the foregoing, I respectfully request that this matter be continued to January 25, 2010.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: December 15, 2009        /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
AMEN AHMED ALI

Dated: December 15, 2009        /s/ Anthony P. Capozzi
Attorney for Defendant
AMEN AHMED ALI

Dates: December 15, 2009        /s/Richard Paul Burman
Attorney for Co-Defendant
IBRAHIM A. OMER

McGREGOR W. SCOTT
United States Attorney

Date: December 15, 2009        By /s/ Dawrence W. Rice
DAWRENCE W. RICE
Assistant U.S. Attorney

Stipulation and Order to Continue Sentencing    2

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:** **December 15, 2009**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing    3