UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06CR00292 LJO |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| AMEN ALI | ) | |
| | ) | |
| Defendant | ) | |

A. Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: failure to abide by the conditions of obtaining permission to be in compliance with the GPS tracking device concerning location.

__X__ That this defendant is unlikely to abide by any condition or combination of conditions of release, since this is the third intentional violation of conditions. At the violation hearing, the Defendant took the stand, and as a result, the Court concludes that he believes that he is the one who should interpret the Law in every circumstance as to whether he is or is not violating conditions, or exceptions to the conditions.

IT IS SO ORDERED.

**Dated:     September 15, 2010**                      **/s/ Lawrence J. O'Neill**
                                                                                      UNITED STATES DISTRICT JUDGE