ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
AMEN AHMED ALI

FILED
MAY 0 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-0292 LJO |
| Plaintiff, | AMENDED REQUEST TO EXONERATE BOND WITH [~~PROPOSED~~] ORDER |
| vs. | |
| AMEN AHMED ALI, | |
| Defendant. | |

Defendant, AMEN AHMED ALI, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deeds returned.

1. Abdo A. Alrowhany, an individual
   101 Bear Mountain Blvd.
   Arvin, CA 93203
   Tax parcel #191-222-14

   Deed No. 0209029985 – Docket #102

///
///
///

Page 1

2. Hifdhuulah Alrowhany, a married man as his sole and separate property
   27712 Tamarisk Road
   Taft, CA 93268
   Tax parcel #298-170-40-00-7

   Deed No. 0209029983 – Docket #103

3. Abdo A. Alrowhany & Fowzia Alrowhany, husband and wife as joint tenants
   241 Orange Avenue
   Arvin, CA 93203
   Tax parcel #191-242-16-00-4

   Deed No. 0209029984 – Docket #114

4. Abdul's Properties, A California Corporation
   7913 S. Laurelglen Blvd.
   Bakersfield, CA 93309
   Tax parcel #385-251-10-00-5

   Deed No. 0209040319 – Docket #118

5. Abdul's Jobah and Badria Jobah, husband and wife as joint tenants
   1200 California Avenue
   Bakersfield, CA 93304
   Tax parcel #006-44012-00-5

   Deed No. 0209040320 – Docket #119

6. Future Investments, Ltd., A California Limited Partnership
   501 South "B" Street
   Madera, CA 93268
   Tax parcel #011-053-006

   Deed No. 2009009217 – Docket #120

7. Abdo Musaid Algharzi, a married man
   1414 South Fairfax Road
   Bakersfield, CA 93307
   Tax parcel #173-121-06

   Deed No. 0209065982 – Docket #127

8. Abdo Musaid Algharzi, a married man
1421 South Fairfax Road
Bakersfield, CA 93307
Tax parcel #173-121-05

Deed No. 0209065983 – Docket #128

This request is based upon the fact that the Defendant, AMEN AHMED ALI, surrendered to the custody of the Bureau of Prisons in Taft, California, in January 2011.

Respectfully submitted,

Dated: April 28, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
AMEN AHMED ALI

### ORDER

IT IS HEREBY ORDERED that the property bonds posted in the above entitled matter be exonerated and returned to the designated parties.

Dated: April 2, 2011
May

It is so ordered,

Hon. Lawrence J. O'Neill,
United States District Court Judge